Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Da Dong Lin**<br>5221 Ft. Hamilton Pkwy, #2B<br>Brooklyn, NY 11219<br><br>Plaintiff,<br><br>vs.<br><br>**Alberto Gonzales**, United States Attorney<br>General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001<br><br>**Michael Chertoff**, Secretary of the Department<br>of Homeland Security<br>Office of the General Counsel<br>US Department of Homeland Security<br>Washington, DC 20528<br><br>**Emilio T. Gonzalez**, Director of United States<br>Citizenship and Immigration Services<br>Office of the Chief Counsel<br>U.S. Citizenship and Immigration Services<br>20 Massachusetts Ave, NW, Rm 4025<br>Washington, DC 20529<br><br>**Susan Dibbins,** Acting Washington District<br>Director, United States Citizenship and<br>Immigration Services<br>Washington District Office<br>U.S. Citizenship and Immigration Services<br>2675 Prosperity Avenue<br>Fairfax, VA 22031. | Case No.:<br><br><br><br><br><br><br>**PETITION FOR MANDAMUS** |

**Robert S. Mueller**, Director of Federal Bureau )
of Investigation )
Federal Bureau of Investigation )
Office of the General Counsel )
935 Pennsylvania Avenue, N.W. Rm 7427 )
Washington, DC 20535 )
)
)
Defendants )

## I. INTRODUCTION

1.        This is a civil action brought by the Plaintiff, Da Dong Lin (Alien # 072-019-964), to

compel the Defendants and those acting under them to take action on a pending I-485, Application to

Register Permanent Resident or Adjust Status, filed by the Plaintiff.  The I-485 Application was filed on

September 21, 2001 with the United States Citizenship and Immigration Services ("USCIS") in

accordance with current procedure and which Defendants and those acting under them have failed to take

timely action on.

## II. JURISDICTION AND VENUE

2.        This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal subject

matter jurisdiction) in conjunction with 28 U.S.C. § 1361 (mandamus), the Administrative Procedure Act

(APA) (5 U.S.C. §555(b)), and the Immigration & Nationality Act and regulations implementing it (Title

8 of the CFR).

3.        Under 28 U.S.C. § 1331, "(t)he district court shall have original jurisdiction of all civil

actions arising under the Constitution, laws, or treaties of the United States."  There is jurisdiction under

28 U.S.C. § 1331 because this action arises under 28 U.S.C. § 1361 (mandamus), the Administrative

Procedures Act (APA) (5 U.S.C. § 555(b) and 5 U.S.C. §702), and the Immigration & Nationality Act

("INA") and regulations implementing it (Title 8 of the C.F.R.).

4.      Under 28 U.S.C. § 1361, "(t)he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

5.      The APA requires USCIS to carry out its duties within a reasonable time.  The provision of the APA that provides this is 5 U.S.C. § 555(b), which states that, "(w)ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."  USCIS is subject to 5 U.S.C. § 555(b).  Plaintiff contends that the delay in processing his application for adjustment of status is unreasonable.

6.      Both the regulations and the INA provide numerous examples of duties owed by the USCIS in the adjustment of status process.  8 U.S.C. § 1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (emphasis added).  The Code of Federal Regulations further provides that "[t]he applicant *shall* be notified of the decision of the Director, and if the application is denied, the reasons for the denial."  8 C.F.R. § 245.2 (a)(5)(i) (emphasis added).  The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendants to adjudicate the adjustment of status application.

7.      There are no administrative remedies available to the Plaintiff to redress the grievances described herein.  This action challenges the failure of the Defendants to complete action on the application and issue the decision due Plaintiff and does not challenge any discretionary act by the Defendants.  This action does not challenge the granting or denial of individual applications.  Therefore, the jurisdictional limitations of INA §242, 8 U.S.C. § 1252, do not apply.

8.      Venue lies in this Court under 28 U.S.C. § 1391(e), the venue statute applicable to civil actions in which Defendants are officers of the United States acting in official capacities.  Venue is proper under 28 U.S.C. § 1391(e) because the Defendants are either officers or employees of the United States and are being sued in their official capacity.

3

### III. PARTIES

9.      The Plaintiff is a native and citizen of the People's Republic of China. The Plaintiff then filed his application for adjustment of status (Form I-485), with USCIS on September 21, 2001. USCIS has yet to take action on his application despite the case being complete more than three years ago. Da Dong Lin is the proper plaintiff for the Defendants' failure to act on the adjustment of status application. The Defendants' inaction has caused the Plaintiff profound injuries in denying him a final decision on his application to become a Permanent Resident including, but not limited to, requisite fees paid in order to remain in status during this lengthy delay.

10.     The Plaintiff resides in Brooklyn, New York and has complied with all requirements in order to adjust his status to that of a permanent resident.

11.     Defendant Alberto Gonzales' mailing address is, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. Defendant Alberto R. Gonzales is the Attorney General of the United States and this action is brought against him in his official capacity. He is charged with administering certain background checks currently required by administrative practice in connection with an application for adjustment of status to permanent resident under § 245 of the INA.

12.     Defendant Michael Chertoff, according to regulation is to be served at the Office of General Counsel, USDHS, Washington, DC 20528. Defendant Michael Chertoff is the United States Secretary of Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is charged with, among other things, "[a]ll authorities and functions of the Department of Homeland Security to administer and enforce the immigration laws." 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

13.     Defendant Emilio T. Gonzalez's mailing address is District Director, USCIS, 20 Massachusetts Ave, NW, Rm 4025 Washington, DC 20529. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS), an agency within the DHS

4

to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is being sued in his official capacity. Defendant Director administers the immigration laws on behalf of the Secretary for Homeland Security and the DHS throughout the United States. 8 C.F.R. § 100.2(a).

14.    Defendant Susan Dibbons's mailing address is Washington Field Office 2675 Prosperity Avenue Fairfax, VA 22031. Defendant Susan Dibbons is the Acting District Director of the United States Citizenship and Immigration Services, Washington office and is charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. 8 C.F.R. § 100.2(d)(2)(ii). In her position as District Director, she is the Attorney General's designate for the District of Columbia and the Commonwealth of Virginia, charged with the duty of administration and enforcement of all the functions and powers, and duties of USCIS. She is being sued in her official capacity.

15.    Defendant Robert S. Mueller, III's mailing address is Director, Federal Bureau of Investigations, J. Edgar Hoover Building, 935 Pennsylvania Ave, NW, Washington DC 20535-0001. Defendant Robert S. Mueller is the Director of Federal Bureau of Investigation (FBI) the law enforcement agency charged with processing security checks for the Plaintiff. 8 C.F.R. § 335.2(b). He is being sued in his official capacity.

## IV.  STATEMENT OF FACTS

16.    The Plaintiff, Da Dong Lin, is a native and citizen of the People's Republic of China. He was born on November 7, 1963.

17.    On September 21, 2001, the Plaintiff filed his Form I-485 with required documentation at the Vermont Service Center of the USCIS in accordance with specified procedure. The Vermont Service Center is charged with completing data entry and other aspects of the application and if necessary, scheduling the matter for hearing at the appropriate district office of USCIS, in this case the Washington District Office.

18.    On January 18, 2002, the Plaintiff's fingerprints were taken by USCIS to allow for necessary criminal and security clearances.

19.    On May 29, 2003, a letter was sent to Plaintiff scheduling him for fingerprinting during the week of September 9 – September 16, 2003.

20.    The Plaintiff was interviewed on November 17, 2003.  At the conclusion of the interview, the Plaintiff received a Form I-72 Notice requesting that the Plaintiff provide a copy of his notarial birth certificate no later than January 17, 2004.  The Plaintiff mailed a copy of his notarial birth certificate on January 5, 2004 and it was received by USCIS on January 7, 2004.

21.    On April 21, 2004, the Plaintiff's counsel submitted an Attorney Inquiry Form requesting a decision on his I-485 application to the AILA liaison who reported that the Plaintiff's name check was pending.

22.    On June 10, 2004, a letter was sent to USCIS (Robert Schofield) requesting a decision on his I-485 decision.  There was no response from Robert Schofield's office.

23.    On October 29, 2004, the Plaintiff's counsel sent an e-mail to the AILA liaison to follow up on the status of the case.  The AILA liaison reported that the name check was still pending.

24.    On June 30, 2005, an e-mail was sent to FBINNCP@ic.fbi.gov requesting the case status. There was no response.

25.    On November 3, 2005, an e-mail was sent to FBINNCP@ic.fbi.gov requesting the case status. There was no response.

26.    On July 21, 2006, the Plaintiff's counsel sent a letter to USCIS requesting an expedited name check. There was no response.

27.    On January 23, 2007, the Plaintiff's case status was checked on the USCIS website which stated that the case was awaiting an interview appointment.

28.    On January 25, 2007, the Plaintiff's counsel referred the case to the CIS Ombudsman as a "case problem" in order to investigate the delay in the name check process.

29.    On March 14, 2007, the plaintiff received a fingerprint appointment scheduled for March 28, 2007.

30.    On April 10, 2007, the plaintiff's counsel received a response from the CIS Ombudsman that indicated that the plaintiff's case "has not cleared the background check."

31.    Over 2,089 days have passed since the initial filing and over 1,302 days have passed since the Plaintiff was interviewed and the USCIS has still refused to adjudicate the application.

### IV.    REQUEST FOR RELIEF

### COUNT ONE

### (Unreasonable Delay)

32.    The Plaintiff hereby incorporates the information in paragraphs 1 through 31 above as though fully set forth herein.

33.    The Plaintiff has complied with all of the requirements for his application to register permanent residence or to adjust status.

34.    The Defendants have willfully and unreasonably delayed and have refused to adjudicate the application in violation of provisions of the INA and the APA.

35.    The delay in adjudicating the application is not attributable to the Plaintiff.

36.    The Defendants owe a duty to adjudicate the visa application and adjustment of status application and has unreasonably failed to perform that duty.  This duty is owed under the INA, APA and regulations as well as by charging a filing fee, which was properly paid, the USCIS created an obligation to process and adjudicate the application.

37.    The delay is unreasonable per se.

38.    The delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency and indicate applications like the Plaintiff's are currently being processed faster now than in prior years.

39.     The delay is unreasonable in light of the fact that USCIS has failed to adequately respond to any of the Plaintiff's repeated inquiries into the status of his application.

40.     By making numerous inquiries into the status of the application, the Plaintiff has exhausted any and all administrative remedies that may exist.  No other remedy exists to resolve Defendants' delay and lack of ability or willingness to adjudicate the Plaintiff's application for adjustment of status.

**COUNT TWO**

**(Equal Access to Justice Act)**

41.     The Plaintiff hereby incorporates the information in paragraphs 1 through 31 above as though fully set forth herein.

42.     The Plaintiff seeks attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), as amended 5 U.S.C. § 504 and 28 U.S.C. § 2412.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays this Honorable Court to:

1.     Assume jurisdiction over this matter;

2.     Compel the Defendants and those acting under them to perform their duty and complete processing of and render a final decision on the application for adjustment of status for the Plaintiff immediately;

3.     Award the Plaintiff's counsel reasonable attorney's fees and costs; and

4.     Grant such other and further relief as may be just and proper.

Dated: June 11, 2007

Respectfully submitted,

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
Attorney for Plaintiff
Da Dong Lin

## I (a) PLAINTIFFS

Da Dong Lin

## DEFENDANTS

Alberto Gonzales, United States Attorney General
Michael Chertoff, Secretary of the Department of Homeland Security
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Service
Susan Dibbins, Acting Washington District Director, United States Citizenship and Immigration Services
Robert S. Mueller, Director of Federal Bureau of Investigation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Kings County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)    District of Columbi
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mark A. Mancini, Esq.
Wasserman, Mancini, and Chang, P.C.
1915 I Street NW Suite 400
Washington, DC 20006

ATTORNEYS (IF KNOWN)

United States Attorney's Office
555 4th Street NW
Washington, DC 20001

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
   Plaintiff

○ 3 Federal Question
   (U.S. Government Not a Party)

◉ 2 U.S. Government
   Defendant

○ 4 Diversity
   (Indicate Citizenship of
   Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* | | |
|---|---|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* *2255* | ○ H. *ployment* *Discrimination* | ○ I. *FOIA/PRI...CY* *ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA* *(non-employment)* | ○ L. *Other Civil Rights* *(non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 U.S.C. 1361 Mandamus Action to compel USCIS to adjudicate Plaintiff's Adjustment of Status Application

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 6/10/07    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT LIST

Exhibit 1.   Receipt Notice for Plaintiff's I-485 Application for Adjustment of Status (Form I-797C)

Exhibit 2.   Fingerprint Notification (Form I-797C) dated January 18, 2002

Exhibit 3.   Copy of Transfer Notice sent December 13, 2002

Exhibit 4.   Fingerprint appointment letter dated May 29, 2003

Exhibit 5.   Form I-72 Notice dated November 17, 2003 requesting that the Plaintiff provide a copy of his notarial birth certificate no later than January 17, 2004

Exhibit 6.   Copy of receipt notice by USCIS that Plaintiff's notarial birth certificate was received on January 7, 2004.

Exhibit 7.   Attorney Inquiry Form requesting a decision on I-485 application sent to AILA liaison dated April 24, 2004

Exhibit 8.   Letter to USCIS (Mr. Robert Schofield) dated June 10, 2004 requesting a decision on I-485 application

Exhibit 9.   E-mail sent October 29, 2004 to AILA Liaison to follow up on the status of the Plaintiff's case

Exhibit 10.  E-mail sent on June 30, 2005 to FBINNCP@ic.fbi.gov requesting the status of the Plaintiff's case

Exhibit 11.  E-mail sent on November 30, 2005 to FBINNCP@ic.fbi.gov requesting the status of he Plaintiff's case

Exhibit 12.  Letter sent to USCIS requesting an expedited name check dated July 21, 2006

Exhibit 13.  Letter to USCIS Ombudsman Prakash Khatri dated January 25, 2007

Exhibit 14.  Letter from USCIS Ombudsman Prakash Khatri dated April 10, 2007

Exhibit 15.  Plaintiff's online case status as reported by USCIS as of June 7, 2007

Exhibit 16.  USCIS Washington D.C. Field Office published processing times for I-485 Application to Register Permanent Residence or Adjust Status as of May 21, 2007.

Exhibit 17.  Fingerprint Appointment Notice dated March 14, 2007.

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the _____ day of June 2007, I delivered a true and accurate copy of the foregoing

3

documents, Civil Action Cover Sheet and Complaint, to the opposing parties or counsel at the following addresses:

4

Alberto R. Gonzales, United States Attorney General

5

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

6

7

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel

8

US Department of Homeland Security
Washington, DC 20528

9

Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
Office of the Chief Counsel

10

U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025

11

Washington, DC 20529

12

Susan Dibbons, Washington District Director of U.S. Citizenship and Immigration Services
Washington District Office

13

U.S. Citizenship and Immigration Services
2675 Prosperity Avenue

14

Fairfax, VA 22031.

15

Robert S. Mueller III, Director
Federal Bureau of Investigation

16

Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427

17

Washington, DC 20535

18

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia

19

555 4th Street NW
Washington, DC 20001

20

21

22

23

24

25

11

# EXHIBIT 1

| RECEIPT NUMBER<br>EAC-02-038-55559 | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| RECEIVED DATE<br>September 21, 2001 | PRIORITY DATE | APPLICANT  A72 019 964<br>LIN, DA DONG |
| NOTICE DATE<br>November 15, 2001 | PAGE<br>1 of 1 | |

SAM H. CHANG
WASSERMAN, MANCINI & CHANG P C
1915 EYE STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type:  Receipt Notice

Amount received: $ 1245.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received. It normally takes 365 to 540 days from the date of this receipt for
us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802)
527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and
the receipt number for this case at the top of this notice.

If you have other questions about possible immigration benefits and services, filing information, or Immigration and
Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are
hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable
information about forms and filing instructions, and about general immigration services and benefits. At present, this
site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

# EXHIBIT 2

# UNITED STATES OF AMERICA

| Fingerprint Notification | NOTICE DATE January 18, 2002 |
|---|---|

| CASE TYPE I-485    Application To Adjust To Permanent Resident Status | INS A# A-072-019,964 |
|---|---|

| APPLICATION NUMBER FPS*001698112 | RECEIVED DATE September 21, 2001 | PRIORITY DATE September 21, 2001 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

DA DONG LIN
c/o SAM H CHANG
WASSERMAN MANCINI & CHANG
1915 EYE STREET N W SUITE 400
WASHINGTON DC 20006

To process your application, INS must take your fingerprints and have them cleared by the FBI. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER INS HUNTINGTON 5834D N. KINGS HWY ALEXANDRIA VA 22303 | DATE AND TIME OF APPOINTMENT 02/22/2002 03:00 PM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF:
1. YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS,
2. YOUR APPLICATION HAS ALREADY BEEN GRANTED, OR
3. YOU WERE UNDER 14 YEARS OF AGE OR OVER 79 (75 FOR NATURALIZATION APPLICANTS) AT THE TIME YOUR APPLICATION WAS FILED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HUNTINGTON
5834D N. KINGS HWY
ALEXANDRIA VA 22303

If you have any questions regarding this notice, please call 1-800-375-5283.    REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*001698112.

## WARNING!

Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

# EXHIBIT 3

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

## UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-038-55859 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|
| RECEIPT DATE<br>November 15, 2001 | PRIORITY DATE | APPLICANT A72 019 964<br>LIN, DA DONG |
| NOTICE DATE<br>December 13, 2002 | PAGE<br>1 of 1 | |

SAM H. CHANG
WASSERMAN MANCINI & CHANG P C
1925 EYE STREET N W SUITE 400
WASHINGTON DC 20006

Notice Type: Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Room 210, 141 North Fairfax Drive, Arlington, VA 22040

    Telephone: (202) 307-1531,

That office will notify you when they schedule an interview for the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



# EXHIBIT 4

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

*4420 N. Fairfax Drive*
Arlington, VA 22203

*Alien Registration #: A72019964*
Date of Receipt: 05/22/03
RE: DA DONG  LIN

WASSERMAN, MANCINI AND CHANG, PC
1915 EYE STREET N.W.
SUITE 400
WASHINGTON, DC 20006

Dear Applicant:

Your application for adjustment of status to permanent resident has been received and accepted for processing.  Your interview and fingerprinting appointments are set and the notices are attached. Attached is also a change of address form to be completed if your address changes before your scheduled interview date.

The processing time for an I-765 employment authorization and/or an I-131 advance parole is 30 days.

These processing times are subject to change.  See the posted signs for updates.

All inquiries regarding an application pending with our office must be made through the Information Unit, Room 210.  We ask that you do not contact this office until after processing time has expired.  In order for us to better service you, we ask that you provide proof of filing at the time your inquiry is made.  The hours for walk-in service are 7:30 am- 12 noon daily.

Should you move during the time your application is pending with our office, you must notify us in writing so that your information is properly updated on your application.  Remember to always include your assigned alien registration number located at the top right-hand corner of this letter when corresponding with BCIS.

Sincerely,

Phyllis A. Howard
Interim District Director Services

Cc: DA DONG  LIN

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

*4420 N. Fairfax Drive*
Arlington, VA 22203

WASSERMAN, MANCINI AND CHANG, PC
1915 EYE STREET N.W.
SUITE 400
WASHINGTON, DC 20006

DATE: May 29, 2003
RE: DA DONG  LIN
FILE NUMBER: A72019964

You have been scheduled for a fingerprint appointment.  Please report to the office below at the indicated time.

| | |
|---|---|
| OFFICE LOCATION | Huntington ASC<br>8850 Richmond Highway<br>Alexandria, Virginia 22309 |
| DATE | Week of  09/09/03 to 09/16/03 |
| APPLICATION FILED | ☐ N400  ☒ I-485  ☐ I-600A  ☐ OTHER |
| FD258 STATUS | ☐ EXPIRED  ☐ REJECTED  ☒ NEW |
| BRING WITH YOU | THIS LETTER, PHOTO IDENTIFICATION<br>(PASSPORT, STATE ISSUED ID, MILITARY<br>ID, INS ID) |

ASC
HOURS OF OPERATION:
TUESDAY 8 AM – 4 PM
WEDNESDAY 8 AM – 4 PM
THURSDAY 8 AM – 4 AM
FRIDAY 8 AM – 4 PM
SATURDAY 8 AM – 4 PM

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you cannot keep this appointment, report to the Application Support Center on any Wednesday following your
scheduled week, as long as you have your fingerprints taken within 87 days of this notice.

Sincerely,

Phyllis A. Howard
Interim District Director Services

Cc: DA DONG  LIN

# EXHIBIT 5

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES
4420 North Fairfax Drive
Arlington, VA 22203

| NAME AND ADDRESS OF APPLICANT/PETITIONER | NAME OF BENEFICIARY |
|---|---|
| DA DONG LIN | SELF |
| | DATE |
| 1608 RHODE ISLAND AVE NE | November 17, 2003 |
| | FILE NO. |
| WASHINGTON, DC 20018 | A72 019 964 |
| | FORM NO. |
| | I-485 |

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☒ in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☒ in red.

☐ 5. Furnish the required fee of $_____.

☐ 6. Furnish the birth or baptismal certificate of.

☐ 7. Furnish the marriage certificate of DA DONG LIN

☐ 8. Furnish proof of death or legal termination of marriage of.

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States, and the name of the ship, plane (including flight number), or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☐ 13. Furnish two (2) color photographs. These photos must have a white background, must be glossy, unretouched, and not mounted. Dimension of the facial image should be about one (1) inch from chin to top of hair or head, shown in ¾ frontal view of right side of face, with right ear visible. Using soft pencil or felt pen, print alien registration receipt number (if known) and name on back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the persons listed below.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until _____ to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

☐ 17. You are granted additional time until _____ to request a hearing before an immigration Judge, or to present evidence in rebuttal to the proposed rescission of lawful permanent resident status.

☒ 18. PLEASE SUBMIT A COPY OF YOUR NOTARIAL BIRTH CERTIFICATE. THE DOCUMENT YOU SUBMITTED IS A NOTARIAL CERTIFICATE WHICH ACCORDING TO THE FAM MANUAL IS SECONDARY EVIDENCE AND NOTARIAL BIRTH CERTIFICATES SHOULD BE REQUIRED

☒ 19. You have until 01/17/04 to submit the requested documents or your application will be denied.

☒ 20. Please hand-deliver or mail all requested documents to the address above, 3rd floor, in a sealed envelope clearly marked with your Alien number, name and to the attention of 245-EMPLOYMENT. If you hand deliver the documents, place them in the slot in room 311.

SINCERELY,

PHYLLIS A HOWARD
INTERIM DISTRICT DIRECTOR SERVICES

FORM I-72
(REV 4-1-83)

Copy Mailed to Attorney or Representative: CHANG
PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE

# EXHIBIT 6

# WASSERMAN, MANCINI & CHANG, P.C.

### ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang

Richard W. Chang
• Tamara Y. Girton (MD)
• Robin L. Williamson

* Practice limited to mat-
ters and proceedings
before federal courts
and agencies.

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

**VIA UPS**

January 5, 2004

DHS/CIS
4420 North Fairfax Dr., 3rd Floor
Arlington, VA 22203
ATTN: 245-EMPLOYMENT

Re:     I-485 Application
Applicant –   LIN, Da Dong
(A#72 019 964)

Dear Sir or Madam:

This is in response to your notice dated November 17, 2003 on the above-captioned application. The Copy of the notice is being submitted herewith.

As requested, the following documentation is offered:

- Copy of Notarial Birth Certificate
- Copy of Notarial Marriage.

We trust that the above-submitted documentation satisfies the requirements stated in the 11/17/2004 instruction letter, and will aid in your efforts to reach a final determination in this case. Your expeditious action on this petition is greatly appreciated. Please notify this office of any action taken.

Sincerely yours,

SAM H. CHANG

SHC/ay

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES
4420 North Fairfax Drive
Arlington, VA 22203

| NAME AND ADDRESS OF APPLICANT/PETITIONER | NAME OF BENEFICIARY |
|---|---|
| DA DONG LIN | SELF |
|  | DATE |
| 1608 RHODE ISLAND AVE NE | November 17, 2003 |
|  | FILE NO. |
| WASHINGTON, DC 20018 | A72 019 964 |
|  | FORM NO. |
|  | I-485 |

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☒ in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☒ in red.

☐ 5. Furnish the required fee of $_____.

☐ 6. Furnish the birth or baptismal certificate of.

☐ 7. Furnish the marriage certificate of DA DONG LIN.

☐ 8. Furnish proof of death or legal termination of marriage of.

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States, and the name of the ship, plane (including flight number), or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☐ 13. Furnish two (2) color photographs. These photos must have a white background, must be glossy, unretouched, and not mounted. Dimension of the facial image should be about one (1) inch from chin to top of hair or head, shown in ¾ frontal view of right side of face, with right ear visible. Using soft pencil or felt pen, print alien registration receipt number (if known) and name on back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the persons listed below.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until _____ to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

☐ 17. You are granted additional time until _____ to request a hearing before an Immigration Judge, or to present evidence in rebuttal to the proposed rescission of lawful permanent resident status.

☒ 18. PLEASE SUBMIT A COPY OF YOUR NOTARIAL BIRTH CERTIFICATE. THE DOCUMENT YOU SUBMITTED IS A NOTARIAL CERTIFICATE WHICH ACCORDING TO THE FAM MANUAL IS SECONDARY EVIDENCE AND NOTARIAL BIRTH CERTIFICATES SHOULD BE REQUIRED

☒ 19. You have until 01/17/04 to submit the requested documents or your application will be denied.

☒ 20. Please hand deliver or mail all requested documents to the address above, 3rd floor, in a sealed envelope clearly marked with your Alien number, name and to the attention of 245-EMPLOYMENT. If you hand deliver the documents, place them in the slot in room 311.

SINCERELY,

PHYLLIS A HOWARD
INTERIM DISTRICT DIRECTOR SERVICES

Copy Mailed to Attorney or Representative: CHANG

FORM I-72
(REV 4-1-83)

PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE

The certificates can be based upon primary evidence, secondary evidence, testimony of the applicant or other parties, or investigation by the notary. For most notarial certificates of birth or adoption, the primary underlying documentation is the household register (HHR) which appears to be extremely susceptible to fraud and manipulation, especially if the holder of the HHR lives outside of a major metropolitan area. Notarial certificates rarely cite the basis for their issuance.

Thus a certificate in itself may not be adequate evidence of the facts claimed, and is best used in conjunction with primary and contemporary secondary evidence: old land deeds and old family registers; letters or money receipts; family records from countries that have reliable public documents; school and medical records. In relationship cases, especially where the petitioner left China years before, the best evidence of relationship, or lack of it, would be the Hong Kong Certificate of Registered Particulars (for petitions who lived in Hong Kong), or the petitioner's immigration and/or naturalization file.

Local conditions often do not permit consular officers to conduct on–site inquiries. However, if you have any reason to doubt the claims in a certificate issued by a Chinese notary, ask the American Consular post in the issuing office's area to verify the information through the notarial office or, if possible, by field investigation. Send a copy of the document in question to the post as well as detailed reasons why you suspect the document. For suspected relationship fraud, the first step should be a check of the information contained in the *INS* file or Joint *Voluntary* Agency (JVA) files for former refugees. Given sufficient reasons, notaries do investigate, and in some cases, revoke certificates. Allow several months for a reply.

Individuals living outside of China may obtain notarial certificates from the notarial office with jurisdiction over the county of previous residence. Chinese relatives or friends may request issuance of certificates on behalf of someone now living abroad. Relatives and friends should have specific written authorization from the interested party before they request certificates. Alternatively, persons in need of notarial documents may contact the PRC Embassy or Consulate nearest to their residence abroad and ask that the request be forwarded to the appropriate notarial office. Obtaining a notarial certificates through a PRC Embassy or Consulate can require considerable time, however. FEE: Varies.

## Police Records

*(TL-VISA–91;  8–1–94)*

Generally available and reliable. Persons should make application for a Certificate of No Criminal Record at their local notarial office. Persons without a criminal record will be able to obtain a certificate to that effect. Certificates for individuals with one or more criminal convictions will list all convictions for which local records still exist. The certificates purport to reflect all criminal convictions during residence in China. Police records are generally not available for the period prior to 1949. Notarial police certificates are based in part upon records from an individual's former employer. If an employer refuses to release records, the notarial office is not able to issue a certificate. This is the case for persons sent abroad for education by the Chinese Government who fail to return to China.

According to a 1957 State Council ruling which is still in force, the imposition of a reeducation through labor (Lao Dong Jiao Yu) term does not result from a criminal conviction. Administrative organs, rather than courts, *impose* reeducation through labor. It is important to distinguish reeducation through labor from labor reform (Lao Dong Gai Zao), which is a sentence meted out for criminal offenses.

## Prison Records

*(TL-VISA–91;  8–1–94)*

See Court Records below.

## Military Records

*(TL-VISA–91;  8–1–94)*

Generally not available.

## Birth Certificates

*(TL-VISA–92;  9–29–95)*

Available in the form of notarial certificates, which are secondary evidence. Notarial certificates of birth (Chu Cheng Gong Zheng Shu or Chu Sheng Zheng Ming Shu) for persons living in or recently departed from China are generally reliable, but are best used in conjunction with other evidence. They are most often based upon a HHR, which is easily susceptible to fraud, especially in villages. Notarial birth certificates for persons long departed from China are most likely based merely upon the testimony of interested parties.

While some notarial birth certificates will list step or adoptive parents along with natural parents, this is not always the case. In some cases, the certificates will list only the natural parents, covering up an adoption.

Some applicants will present notarial certificates of relationship (Guan Xi Gong Zheng [or Zheng Ming] Shu) in lieu of notarial birth certificates. These certificates of relationship are unreliable and tend to be based solely upon the testimony of interested parties. Notarial birth certificates should be required. Care should be taken with any certificates which list step-relationships. These relationships are as of the date of issuance of the certificate only. Marriage certificates should also be required.

## Marriage and Death Certificates
*(TL:VISA-91; 8-1-94)*

Available in the form of notarial marriage certificates (Jie Hun Gong Zheng [or Zheng Wing] Shu) or death certificates are generally reliable.

## Divorce Decrees
*(TL:VISA-91; 8-1-94)*

Available. Notarial offices will issue a certificate based on extant records to confirm either a court-decreed or uncontested divorce. In an uncontested divorce a couple can obtain a divorce certificate from the marriage registration office in the neighborhood where they reside. In a contested divorce, both parties will receive a copy of the formal divorce decree from the court at the time the divorce is approved. If the original decree is lost, the same court will often issue a duplicate. But these various decrees or certificates should not be accepted in lieu of the notarial certificates.

## Adoption Certificates
*(TL:VISA-92; 9-29-95)*

Available in the form of notarial adoption certificates (Shou Yeng Gong Zheng [or Zheng Ming] Shu). Until January 1981 there were no laws or regulations regarding adoption. Adoptions which took place after January 1981, only became valid with the issuance of the notarial certificate. The date of issuance of the notarial certification is the date of adoption. Although notarial offices issue certificates for pre-January 1981 adoption, these are extremely susceptible to fraud. Commonly adoptions were orally agreed to by the natural and adoptive parent(s). There may or may not be a written record dating from the time of the adoption. Parties to the adoption, however, may secure notarial certificates at a later point in time which will list the natural parents' names, adoptive parents' names, and the date of the adoption. The certificate is supposedly issued only after the notary as-

certains that an adoption took place conforming to local practice and regulations.

Chinese customs and practice regarding adoption differ substantially from U.S. practice. Typically, there is no clear distinction between adoptive, foster and godparent/godchild relationships. Owing to the ease of fraud in cases involving adoptions (especially pre-January 1981 adoptions), contemporaneous evidence of the adoption and co-residence, especially in the form of school records, should be required. The inability to obtain a notarial certificate of adoption, on the other hand, is *prima facie* evidence no adoption ever took place.

Care should be taken in cases where a petitioning parent departed China without the adoptive (then minor) child especially if other, natural children, accompanied the parent. Most likely, this indicates the Chinese government did not recognize the adoption at the time the alleged adoptive parent departed. The *INS* file of the petitioner and/or the Hong Kong Certificate of Registered Particulars (for petitioners who transited Hong Kong), will generally be the most reliable evidence for the existence or non-existence of the adoption in these cases.

A written record dating from the time of adoption should be available in the case of an adoption of an orphan. The adoption of a parentless or abandoned child who becomes the ward of the Chinese State, must be approved by the Ministry of Civil Affairs. This office will provide a detailed statement of the circumstances under which the child became a ward of the state. Except for orphans, it is extremely rare in China for male children to be given up for adoption. These cases should be thoroughly documented. A new China-wide adoption law was implemented April 1,1992. Notarial Certificates of Adoption are still required.

## Court Records
*(TL:VISA-92; 9-29-95)*

Available in most cases. Normally, when someone is tried by a People's Court or by an organ of the Executive branch of government, some record remains of the case even for a political crime. In some instances, the entire formal court verdict (Pan Jue Shu) is available upon request by the former defendant. In other cases, the court can provide only a synopsis of the charges and the verdict. In all instances, it is necessary to have the applicant himself request court records. If an applicant is to secure court records AmEmbassy Beijing or the post in China with jurisdiction over the area where the record is located can contact the appropriate provincial Foreign Affairs Office and request assistance in securing records. It is not

# 公　证　书

中华人民共和国福建省长乐市公证处

出 生 公 证 书

（2003）长 证 字 第 48603 号

　　兹 证 明 林 大 栋 （ 男 ） 于 一 九 六 三 年 十 一 月 七 日 在 福 建 省 长 乐 市 出 生 。 林 大 栋 的 父 亲 是 林 德 来 （ 己 死 亡 ）， 林 大 栋 的 母 亲 是 邹 文 英 。



中华人民共和国福建省长乐市公证处

公 证 员 陈 春 南

二 ○ ○ 三 年 十 月 二 十 六 日

XI 06850060

## NOTARIAL CERTIFICATE OF BIRTH

### (Translation)

(2003) CL. Zi, No. 48603.

This is to certify that Lin Dadong (male) was born on Nov. 7, 1963, at Changle City, Fujian Province.

His father's name is Lin Delai (deceased) and his mother's name is Zou Wenying.

Notary: Chen Chunnan

Changle Notary Public Office

Fujian Province

The People's Republic of China

Dec. 26, 2003.

I 06850061

# 证　明　书

(2003) 长 证 字 第 48604 号

　　兹 证 明 前 面 的 译 文 内 容 与 (2003) 长 证 字
第 48603 号 公 证 书 中 文 相 符 。

中华人民共和国福建省长乐市公证处

公　证　员　陈春南

二 〇 〇 三 年 十 月 二 十 六 日

06850062

## CERTIFICATE (Translation)

(2003) CL. Zi, No. 48604.

This is to certify that the content of the English version

attached hereto is in full conformity with the (2003) CL. Zi,

No.        48603      notarial certificate which is in Chinese.

Notary: Chen Chunnan

Changle Notary Public Office

Fujian Province

The People's Republic of China

Dec. 26, 2003.

06850063

# 公 证 书

中华人民共和国福建省长乐市公证处

结 婚 公 证 书

（2003）长 证 字 第 48605 号

兹证明林大栋（男，一九六三年十一月七日出生）与陈美钦（女，一九六三年三月二十日出生）于一九八九年二月十日在福建省长乐县航城乡登记结婚。

中华人民共和国福建省长乐市公证处



公 证 员 陈春南



二〇〇三年十二月二十六日

X I 06850068

# NOTARIAL CERTIFICATE OF MARRIAGE

## (Translation)

(2003) CL. Zi, No. 48605.

This is to certify that Lin Dadong (male, born on Nov. 7, 1963) and Chen Meiqin (female, born on Mar. 20, 1963) registered a marriage on Feb. 10, 1989, at Hangcheng District, Changle County, Fujian Province.

Notary: Chen Chunnan

Changle Notary Public Office

Fujian Province

The People's Republic of China

Dec. 26, 2003.

16850069

证　明　书

（2003）长 证 字 第 48606 号

兹证明前面的译文内容与（2003）长证字

第 48605 号 公 证 书 中 文 相 符。

中华人民共和国福建省长乐市公证处

公　证　员　陈春南

二 〇 〇 三 年 十 二 月 二 十 六 日

I 06850070

CERTIFICATE (Translation)

(2003) CL. Zi, No. 48606.

This is to certify that the content of the English version attached hereto is in full conformity with the (2003) CL. Zi, No.      48605      notarial certificate which is in Chinese.

Notary: Chen Chunnan

Changle Notary Public Office

Fujian Province

The People's Republic of China

Dec. 26, 2003.

50071




Home | About UPS | Contact UPS | Welcome Center

**Tracking**

→ Track by Tracking Number
→ Track by Reference Number
→ Import Tracking Numbers 🔒
→ Track by E-mail
→ Get Quantum View Files 🔒
→ Request Quantum View Notify 🔒
→ Void a Shipment 🔒
→ Help

Log-In  User ID: [_____]  Password: [_____] ▶ | Forgot Password    [ Register ]

## ||||| Track by Tracking Number

### View Details

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | Jan 7, 2004 9:58 A.M. |
| Signed by: | MYRICK |
| Location: | OFFICE |
| Delivered to: | ARLINGTON, VA, US |
| Shipped or Billed on: | Jan 6, 2004 |

| | |
|---|---|
| Tracking Number: | 1Z R56 7V9 22 1000 838 1 |
| Service Type: | NEXT DAY AIR |
| Weight: | 1.00 Lb |



**Package Progress:**

| Date | Time | Location | Activity |
|---|---|---|---|
| Jan 7, 2004 | 9:58 A.M. | ALEXANDRIA, VA, US | DELIVERY |
| Jan 6, 2004 | 9:02 P.M. | LAUREL, MD, US | ARRIVAL SCAN |
| | 8:24 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| | 8:02 P.M. | US | BILLING INFORMATION RECEIVED |
| | 7:39 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| | 4:09 P.M. | LANDOVER, DC, US | PICKUP SCAN |

Tracking results provided by UPS: Apr 21, 2004 2:21 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

+ Back to Top

Copyright © 1994-2004 United Parcel Service of America, Inc. All rights reserved.

**UPS Next Day Air**
**UPS Worldwide Express**℠

**Shipping Document**

See Instructions on back. Call 1-800-PICK-UPS (800-742-5877)
for additional information.

**TRACKING NUMBER**  1Z R56 7V9 22 1000 838 1

**① SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.
UPS ACCOUNT NO.
**R 5 6 7 V 9**

REFERENCE NUMBER
LIN, Da Dong

NAME                                TELEPHONE
Sam Chang                    202-783-8905

COMPANY
WASSERMAN MANCINI & CHANG

STREET ADDRESS
1915 I ST NW RM 400

CITY AND STATE              ZIP CODE
WASHINGTON          DC      20006

**② EXTREMELY URGENT DELIVERY TO**

NAME                          TELEPHONE
ATTN:245-EMPLOYMENT      (    )

COMPANY
DHS/CIS

STREET ADDRESS                        DEPT./FLR.
4420 N. Fairfax Dr., 3rd FL

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   ZIP CODE
Arlington, VA 22203

**③ WEIGHT**  ENTER "LTR" IF LETTER   DIMENSIONAL WEIGHT If Applicable

LTR

SHIPPER'S
COPY   1

**④ TYPE OF SERVICE**   CHARGES

□ NEXT DAY AIR        □ EXPRESS (INT'L)
FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only
contains documents of no commercial value.
□ DOCUMENTS ONLY      $

**⑤ OPTIONAL SERVICES**

□ SATURDAY PICKUP   See Instructions.
□ SATURDAY DELIVERY  See Instructions.   $

□ INSURED VALUE  Contents are automatically
protected up to $100. For insured
value over $100, see instructions.   AMOUNT   $

□ C.O.D.  If C.O.D. enter amount to be
collected and attach completed
UPS C.O.D. tag to package.   AMOUNT   $

**⑥ ADDITIONAL HANDLING CHARGE**
An Additional Handling Charge applies for certain
items. See Instructions.   $

**⑦ TOTAL CHARGES**   $

**⑦ METHOD OF PAYMENT**

□ BILL SHIPPER  X
□ BILL RECEIVER  DOMESTIC ONLY
□ BILL THIRD PARTY
□ CREDIT CARD
Record Account No. in Section 8
American Express
Diner's Club
Discover
Master Card
Visa
□ CHECK

**⑧ RECEIVERS / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                 ZIP CODE

**⑨ SHIPPER'S SIGNATURE**  X ALICE

DATE OF SHIPMENT
1 15 10

010791120260 11/00 W

# EXHIBIT 7

## ATTORNEY INQUIRY FORM
BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
WASHINGTON DISTRICT OFFICE
4420 N. FAIRFAX DRIVE
ARLINGTON, VA 22203

DATE OF INQUIRY: _4/21/2004 (by mail)_

ATTORNEY'S NAME: __Sam H. Chang__

FIRM: __Wasserman, Mancini & Chang__

CLIENT'S NAME: __LIN, Da Dong__

CLIENT'S ADDRESS: __1608 Rhode Island Ave.,N.W.,Washington, DC   20018__

TELEPHONE NUMBER: __410-206-2477__

DOB __11/07/1963__      COB __China__

A# __72 019 964__      RECEIPT # __EAC-02-038-55559__

APPLICATION FILED: __I-485 (employement-based)__    FILING DATE: 9/21/2001 to VT
~~Interviewed~~ on 11/17/03

INTERVIEW NEEDED [ ]
RESCHEDULE APPOINTMENT NEEDED [ ]
DECISION NEEDED [XXX] OATH DATE NEEDED [ ]
CARD PRODUCTION STATUS [ ]

OTHER __The additional documents required during the interview was mailed to your__ office
by UPS on 1/5/04.  Kindly advise this office on the current status and approve
the application as soon as possible.  Thank you for your kind assistance.

Revised 3/03

# EXHIBIT 8

# WASSERMAN, MANCINI & CHANG, P.C.

### ATTORNEYS AT LAW
1915 I STREET, N.W., SUITE 400
WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang

Richard W. Chang
* Tamara Y. Girton (MD)
* Robin L. Williamson

* Practice limited to matters and proceedings before federal courts and agencies.

(202) 783-8905
FAX (202) 333-1688
E-mail: wmclawfirm@aol.com

June 10, 2004

Mr. Robert Schofield
Citizenship and Immigration Services
Washington District Office
4420 North Fairfax Drive, Rm. 311
Arlington, VA 22203

RE:  APPLICATION   TO   ADJUST   STATUS   TO
PERMAMENT RESIDENT (I-485)
Applicant:  Da Dong LIN (A72 019 964)

Dear Mr. Schofield:

The requested documentation was provided to your office on January 5, 2004.  More than five (5) months has passed since the documentation was provided.

We look forward to a favorable decision in this case.  Thank you for your kind consideration of this matter.

Sincerely,

Sam H. Chang
Attorney at Law

# EXHIBIT 9

Subj:    CIS Inquiries
Date:    10/28/2004 4:50:46 PM Eastern Standard Time
From:    Dizzy DJ
To:      sstarkey@misimmigration.com
CC:      WMC Lawfirm, Dizzy DJ

Sheila:  Thanks for all your help!

Here are the inquiries.  Some of the are repeats from last time.

Thank you!

Richard W. Chang, Esq.
Wasserman, Mancini & Chang, P.C.

----------------------------------------------------

Applicant:  SONG, Li    A 95 461 019
           FENG, Shazhou    A 95 460 550

Case was transferred to Arlington for interview scheduling on November 3, 2003.  No word on this yet.  We'd like to request an interview.

----------------------------------------

Marton, Elena Amelita  A72–411-612
Marton, Florin    A 72–411-613
They live in West Virginia.  They will try to get their passport stamped in Pittsburgh if that is where the file is.

----------------------------------------------------

Sandra CLAROS    A 94 131 070
Interviewed 7/8/2003 with Ms. Crawford.  Was originaly waiting for A file.  Then Feb 2004 meeting showed file was in "retirement"

----------------------------------------------

Syed Alamli    A 79 310 415
Last check, Mr. Schofield said the case was denied.  But neither the client nor the lawyers ever received a denial notice.  Can we get a notice so that we can rebut it?

------------------------------------------------

Adel HITANA    A 78 154 229

We haven't received any denial notice yet.

------------------------------------------------------

Priya AURORA    A 79 237 881
*Interviewed August 5, 2003 with Golston.  Submitted documents showing her prior arrest was Nolle Prosequied on August 26, 2003.  No word since.*
*HAS 2 FILES UNDER 2 DIFFERENT NAMES. ONE IS H1, ONE IS K1, NEED TO GET OTHER H1 FILE. THE OTHER NAME IS PRIYA CHAD BAJWARE(IF I AM READING MY HANDWRITING CORRECTLY)*
Has other file arrived yet?

----------------------------------------

Jun JIANG    A 95 385 911
*Interviewed 6/9/2003.  Last check was Name check pending.*

----------------------------------------

LIN, Da Dong   A 72 019 964
Interviewed on 11/17/2003. Additional docs turned in on 1/5/2004. DAO Golston requested another copy of Notarial Birth Certificate and Notarial Marriage. Name Check still pending???

---

DAHAL, Basudev  A19 707 098 - Main Applicant
DAHAL, Beena   A20 243 680 - Derivative Applicant
Cases were transferred to Arlington from VSC on 11/19/2003. Basudev Dahal was approved. Derivative still waiting for interview. Why is an interview needed for a derivative if the main applicant was approved?? **We need to have BEENA DAHAL interviewed or approved.**

---

SEENATH, Latchmie   A78 151 817
Interviewed 11/17/2003. DAO Sam was waiting for security clearances. To this date, no update. Please inquire whether clearances have cleared and whether he can be approved at this time. **Last mtg said it was Denied.** We haven't received any denial notice yet.

---

CHOUDHRY, Toqir   A 95 149 874
Interviewed 12/8/2003. We have not received a denial notice.

---

BATACAN, Harold   A 75 776 111
Interviewed 11/18/1998. DAO T. Lavigne requested additional docs. On 1/20/99, INS received four photos and was fingerprinted for I-485. Also received I-601 waiver and fees. No updates regarding file since then. Another FP will probably have to be scheduled since its been over 5 years has past since his last fingerprint was taken. Additionally, applicant is now residing in Maryland. His entire file needs to be transfered to Baltimore CIS to be adjudicated.
**Where is the file now?** We've sent FOIA's to Vermont, Arlington, and Baltimore. Vermont says file is in Arlington. But Mr. S told us last month the file was in Vermont.

---

Thanks for your help!

Rich

FOR I 804
12/10/04 legal fee     $500   +   $50
                     1st member       2 member
                     of family        of family

*Please re-address these with Mr. S :)  Thanks!*

Kamaljit SINGH   A 79 310 415
Interviewed 8/25/2003.  Goodwin ordered old exclusion file.  No action since then.
*Has another file as you know. File still not here. It must be here in order to consolidate.*

Sandra CLAROS   A 94 131 070
Interviewed 7/8/2003 with Ms. Crawford.  Was originaly waiting for A file.  Then Feb 2004 meeting showed file was in "retirement"
*A FILE IS IN FRC AND IT WAS REQUESTED BUT NOT YET HERE.*

Syed Alamli   A 79 310 415
Waiting for investigation of employer.  Has been waiting since July 30, 2002.  CIS should approve or deny.  *APPARENTLY NEEDS NEW FP. WILL SEND OUT.*

Adel HITANA   A 78 154 229
*Mr. S had asked Jenkins to re write a new denial order...at last meeting, could not find file, hopefully this has been resolved. MR. SCHOFIELD ADVISED JENKINS HAS WRITTEN UP NOID WHICH HE WILL REVIEW AND GET OUT.*

Priya AURORA   A 79 237 881
Interviewed August 5, 2003 with Golston.  Submitted documents showing her prior arrest was Nolle Prosequied on August 26, 2003.  No word since.
*HAS 2 FILES UNDER 2 DIFFERENT NAMES. ONE IS H1, ONE IS K1, NEED TO GET OTHER H1 FILE. THE OTHER NAME IS PRIYA CHAD BAJWARE(IF I AM READING MY HANDWRITING CORRECTLY)*
Has other file arrived yet?

Jun JIANG   A 95 385 911
*Interviewed 6/9/2003.  Last check was Name check pending.*
*NAME CHECK IS STILL PENDING.*

Irina ROUSSEVA   A 70 305 135
N-400 approved APril 2, 2003.  No oath ceremony yet-*PER MR. SCHOFIELD NAME CHECK WAS RECEIVED AND THIS SHOULD HAVE ALREADY RECEIVED OATH DATE.*
We have not received oath notice yet.

ADDITIONS:

LODHI, Javaid   A 78 156 218
Interviewed by DAO Goodwin on 11/13/2003.  Additional docs turned in on 12/10/2003
No updates since then.

LIN, Da Dong   A 72 019 964   *NAME Check pending   10/18/04*
Interviewed on 11/17/2003.Additional docs turned in on 1/5/2004.  DAO Golston requested another copy of Notarial Birth Certificate and Notarial Marriage.

DAHAL, Basudev   A19 707 098 - Main Applicant
DAHAL, Beena   A20 243 680 - Derivative Applicant
Cases were transferred to Arlington from VSC on 11/19/2003.  No interview has been scheduled yet.  Please request interview.

SEENATH, Latchmie   A78 151 817
Interviewed 11/17/2003.  DAO Sam was waiting for security clearances.  To this date, no update.  Please inquire whether clearances have cleared and whether he can be approved at this time.

MEHMOOD, Arshad   A95 359 809
Interviewed 12/1/2003.  DAO Sam was waiting for security clearances.  To this date, no update.  Please inquire whether clearances have cleared and whether he can be approved at this time.

HASSAN, Mehmood   A 95 364 343
nterviewed 12/9/2003.  DAO Sam was waiting for security clearances.  To this date, no update.  Please inquire whether clearances have cleared and whether he can be approved at this time.

CHOUDHRY, Toqir   A 95 149 874
nterviewed 12/8/2003.  DAO Golston continued to request Final Disposition of DWI records.  Final dispostion papers were

# EXHIBIT 10

This message has been scanned for known viruses.

| | |
|---|---|
| From: | WMC Lawfirm |
| To: | FBINNCP@ic.fbi.gov |
| Subject: | Status of Background Check |
| Date: | Thu, 30 Jun 2005 15:48:43 -0400 |

Dear Sir or Madam,

I represent:  Da Dong LIN
                      Date of Birth: 11/07/1963
                      A#:  072 019 964

Email Address:  wmclawfirm@aol.com

Mr. Lin attended their adjustment of status interview on 11/17/2003.  Approval of Mr. Lin's adjustment of status are being held up by Immigration Service in Fairfax, VA because they have not yet received results of background checks.  Kindly update us on the status of Mr. Lin's background check.  Thank you.

Sincerely,

Sam H. Chang, Esq.
Wasserman, Mancini & Chang, P.C.
1915 Eye Street, NW, Suite 400
Washington, DC 20006
Tel: 202-783-8905
Fax: 202-333-1688

# EXHIBIT 11

This message has been scanned for known viruses.

| | |
|---|---|
| From: | WMC Lawfirm |
| To: | FBINNCP@ic.fbi.gov |
| Subject: | Status of Background Check |
| Date: | Thu, 03 Nov 2005 15:27:23 -0500 |

Dear Sir or Madam,

I represent:  Da Dong LIN
            Date of Birth:  11/07/1963
            A#: 072 019 964

Email Address:  wmclawfirm@aol.com

Mr. Lin attended his adjustment of status interview on 11/17/2003.  Approval of Mr. Lin's adjustment of status is being held up by Immigration Service in Fairfax, VA  because they have not yet received results of background checks.  Kindly update us on the status of Mr. Lin's background check.  Thank you.

Sincerely,

Sam H. Chang, Esq.
Wasserman, Mancini & Chang, P.C.
1915 Eye Street, NW, Suite 400
Washington, DC 20006
Tel: 202-783-8905
Fax: 202-333-1688

# EXHIBIT 12

# WASSERMAN, MANCINI & CHANG, P.C.

ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

* Pamela R.E. Genise (VA)
* Robin L. Williamson (VA)
* Annie J. Shih (MD)

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

* Practice limited to mat-
ters and proceedings
before federal courts
and agencies

<u>VIA CERTIFIED MAIL</u>
<u>W/RETURN RECEIPT</u>

July 21, 2006

Department of Homeland Security
Citizenship and Immigration Service
Washington District Office
2675 Prosperity Ave.
Fairfax, VA  22031

## (REQUEST TO EXPEDITE ON SECURITY CHECKS)
I-485 PENDING MORE THAN 32 MONTHS AFTER INTERVIEW
PD: 12/31/1997 – E3 – China

Re:   I-485 Application to Adjust Status
Applicant:  LIN, Da Dong      A072 019 964

Dear Sir or Madam:

Please be advised that the above-mentioned application was pending in your office since 11/17/2003.  <u>We were advised that CIS is not yet ready for decision as the required background investigation is not yet complete.</u>  <u>Kindly request the FBI to expedite the background investigation since the case is pending more than 32 months after the I-485 interview</u> and notify this office accordingly.  Thank you for your kind assistance.

Should you have any questions, please feel free to contact this office.

Sincerely yours,

SAM H. CHANG

SHC/ay/ec

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DHS/CIS
Washington District Office
5675 Prosperity Ave.
Fairfax, VA 22031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
US CITIZENSHIP AND IMMIGRATION SERVICES
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

US CITIZENSHIP AND IMMIGRATION SERVICES

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 3110 0001 1764 6871

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0001 1764 6871

# EXHIBIT 13

# WASSERMAN, MANCINI & CHANG, P.C.

### ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

———

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

* Pamela R.E. Genise (VA)
* Robin L. Williamson (VA)
* Annie J. Shih (MD)
* Jessica L. Rodriguez (DC, CA)

* Practice limited to matters and proceedings before federal courts and agencies

January 25, 2007

Citizenship and Immigration Services Ombudsman
ATTN: Case Problems
United States Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

Dear Mr. Prakash Khatri:

| | |
|---|---|
| Name of Alien: | LIN, Da Dong |
| Home Address: | 5221 Ft. Hamilton Pkwy #2B |
| | Brooklyn, NY 11219 |
| Date of Birth: | 11/07/1963 |
| Country of Birth: | China |
| Application Receipt Number: | EAC-02-038-5559 (Exhibit 1) |
| A number: | A072019964 |
| Transfer Notice sent: | December 13, 2002 (Exhibit 2) |
| USCIS Office where the application is: | Washington, DC (Exhibit 3) |
| Filing date of application: | September 21, 2001 |
| Fingerprints taken: | January 18, 2002 (Exhibit 4); September 9 – 16, 2003 (Exhibit 5) |
| Interview: | November 17, 2003 (Exhibit 6) |
| Form I-72 requesting Birth Certificate | November 17, 2003 (Exhibit 7) |
| Birth and Marriage Certificates sent: | January 5, 2004 (Exhibit 8) |
| Problem: | Outside processing time – Pending name check |

### Steps taken to resolve the case problem:

1. 04/21/2004 – Attorney Inquiry Form requesting a decision on I-485 application sent to AILA liaison. (Exhibit 9)
   **Outcome:** Name check pending
2. 06/10/2004 – Letter to USCIS (Mr. Robert Schofield) requesting a decision on I-485 application. (Exhibit 10)
   **Outcome:** No response.
3. 07/12/2004 – Email sent to AILA liaison to follow up on status of case. (Exhibit 11)
   **Outcome:** Name check pending.
4. 10/29/2004 – Email sent to AILA liaison to follow up on status of case. (Exhibit 12)
   **Outcome:** Name check pending.
5. 06/30/2005 – Email sent to FBINNCP@ic.fbi.gov requesting case status. (Exhibit 13)
   **Outcome:** No response.
6. 09/09/2005 – Letter sent to USCIS amending I-485 application. (Exhibit 14)
   **Outcome:** No response.
7. 11/03/2005 – Email sent to FBINNCP@ic.fbi.gov requesting case status. (Exhibit 15)
   **Outcome:** No response.

8.  07/21/2006 – Letter sent to USCIS requesting an expedited name check. (Exhibit 16).
    **Outcome:**  No response.
9.  01/23/2006 – Case status checked on USCIS website. (Exhibit 3)
    **Outcome:**  Case awaiting interview appointment.
Desired Result:  FBI name check completed and final processing of I-485 petition.

Please be advised that we represent Mr. Lin in this case.  Attached to this letter is a copy of the G-28 signed by the client in preparation for her I-485 Application to Register Permanent Residence or Adjust Status (Exhibit 17).  If you have any further questions or concerns, please do not hesitate to contact my offices.  Thank you and have a nice day.

Sincerely,

Sam H. Chang, Esq.
SHC/jr

# EXHIBIT 14

U.S. Department of Homeland Security
Vashington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

APR 1 0 2007

Mr. Sam H. Chang, Esquire
Wasserman, Mancini & Change, P.C.
Attorneys at Law
1915 "I" Street, Northwest, Suite 400
Washington, DC  20006

Dear Mr. Chang:

Thank you for your letter dated January 25, 2007, to the U.S. Citizenship and Immigration Services Ombudsman (CISO).  Your letter concerning client's Hong Xu, Jianping Sun, and Da Dong Lin's immigration status was assigned case # 624325 and forwarded to the Customer Assistance Office for a response.

Based on the information provided in your letter, a search was performed on your clients' receipt numbers EAC-05-158-50803 (Mr. Hong Xu), EAC-04-160-54716 (JianPing Sun), and EAC-02-038-55559 (Da Dong Lin).

Our records indicate that the following issues are occurring on your client's cases:

- Receipt number EAC-04-160-54692 (Mr. Jianping Sun), which pertains to Form I-140, "Immigrant Petition for Alien Worker" was approved on February 22, 2007.  Receipt number (EAC-04-160-54716), which pertains to Form I-485, "Application to Register Permanent Residence or to Adjust Status" has not cleared background checks.  Until the background investigation is completed, we cannot move forward on your case.  These background checks are required to be completed on all applicants whom apply for the immigration benefit being sought. We will make every effort to make a decision on this case as soon as the background checks are complete.  Additionally, this case was transferred to our Texas Service Center for processing, which remains actively pending.

- Receipt number EAC-05-158-50823 (Mr. Hong Xu), which pertains to Form I-140, "Immigrant Petition for Alien Worker" was approved on February 7, 2007.  Receipt number EAC-05-158-50803, which pertains to Form I-485, "Application to Register Permanent Residence or to Adjust Status" has not cleared background checks.  Until the background investigation is completed, we cannot move forward on this case.  These background checks are required to be completed on all applicants whom apply for the immigration benefit being sought. We will make every effort to make a decision on this case as soon as the background checks are complete.  Additionally, this case was transferred to our Texas Service Center for processing, which remains actively pending.

Mr. Sam H. Chang, Esquire
Page 2

- Receipt number EAC-01-039-52666 (Mr. Da Dong Lin), which pertains to Form I-140, "Immigrant Petition for Alien Worker" was approved on August 15, 2001. Receipt number EAC-02-038-55559, which pertains to Form I-485, "Application to Register Permanent Residence or to Adjust Status" has not cleared background checks. Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants whom apply for the immigration benefit being sought. We will make every effort to make a decision on this case as soon as the background checks are complete. Additionally, this case was transferred to our Washington District Office for processing, which remains actively pending. Also, it appears that your FBI Fingerprints have expired. The Washington District Office has informed me that a notice will be mailed to you, instructing you on what procedures you should follow in order to keep your case moving forward.

We understand that your clients are frustrated by the progress of their I-485 applications; however, we ask for their patience in such cases and in return we promise to continue to seek resolution as quickly as possible. USCIS continues to make every effort to efficiently work through delays beyond our control. The Customer Assistance Office has enclosed a copy of a Fact Sheet, "Immigration Security Checks-How and Why the Process Works".

If you need additional assistance in an immigration-related issue in the future, we visit our web site at www.uscis.gov or, if you do not have Internet access, call customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosure: Fact Sheet, "Immigration Security Checks-How and Why the Process Works"

# EXHIBIT 15

# Case Status Search

Receipt Number:     eac0203855559

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
                     ADJUST STATUS

Current Status:
This case has been sent for a standard interview.

On December 13, 2002, we transferred this case to our WASHINGTON, DC location to conduct
the interview that is a standard part of processing this I485 APPLICATION TO REGISTER
PERMANENT RESIDENCE OR TO ADJUST STATUS. You will be sent a notice when the
interview is scheduled, or if the office needs something from you. If you move while this case is
pending, call customer service. We process cases in the order we receive them. You can use our
processing dates to estimate when this case will be done. This case has been sent to our
WASHINGTON, DC location. Follow the link below to check processing dates. You can also
receive automatic e-mail updates as we process your case. Just follow the link below to register.

————————————————————————————

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

# EXHIBIT 16



Search    

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
# Washington DC Processing Dates
# Posted May 21, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **Washington DC** Posted May 21, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | December 08, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 08, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | February 12, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | November 25, 2006 |
| I-765 | Application for Employment Authorization | February 26, 2007 |
| N-400 | Application for Naturalization | October 02, 2006 |
| N-600 | Application for Certification of Citizenship | February 12, 2007 |

Print This Page    Back

**06-07-2007 11:45 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT 17

U.S. Department of Homeland Security
District 7
2675 Prosperity Avenue
Fairfax, VA 22031



U.S. Citizenship
and Immigration
Services

DA DONG LIN
1608 Rhode Island Ave. N.E.
Washington, DC 20018

DATE: <u>March 14, 2007</u>
FILE NUMBER <u>A 72 019 964</u>
RECEIPT NUMBER

You have been scheduled for a:

☒ FINGERPRINT appointment

☐ BIOMETRIC appointment

Please report to the office below at the indicated time.

OFFICE LOCATION:                    APPLICATION SUPPORT CENTER
                                    8850 RICHMOND HIGHWAY, SUITE 100
                                    ALEXANDRIA, VA 22309

DATE AND HOUR:                      <u>Wed., March 28, 2007 AT 8:00 am – 3:45 pm</u>

APPLICATION FILED:     ☐ N-400   ☒ I-485   ☐ I-600A   ☐ I-90
                       ☐ I-881   ☐ I-539   ☐ I-817    ☐ I-589
                       ☐ I-821   ☐ I-687   ☐ I-765    ☐ EOIR-4
                       ☐ OTHER _____

FD-258 STATUS:         ☐ NEW     ☒ EXPIRED   ☐ REJECTED

**BRING WITH YOU: 1)** THIS LETTER **2)** YOUR SOCIAL SECURITY CARD **3)** ALL PHOTO ID SUCH AS A PASSPORT, VALID ISSUED DRIVERS LICENSE, NATIONAL ID, MILITARY ID, OR OTHER **USCIS** ISSUED ID **PHOTO.** NATURALIZATION APPLICANTS MUST PRESENT THEIR ALIEN REGISTRATION **CARD.**

**YOU MAY BE ASKED TO RETURN ON ANOTHER DAY IF YOU HAVE ANY CUTS, BURNS OR ANY OTHER DEFECTIVE FINGERPRINT CONDITION.**

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. IF YOU CANNOT KEEP THIS APPOINTMENT, REPORT TO THE APPLICATION SUPPORT CENTER ON ANY WEDNESDAY FOLLOWING YOUR SCHEDULED APPOINTMENT, AS LONG AS YOU HAVE FINGERPRINTS/BIOMETRICS TAKEN WITHIN 87 DAYS OF THIS NOTICE.**

SINCERELY,

Acting District Director
Susan Dibbins