Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Da Dong Lin** )<br><br>                  Plaintiff, )<br><br>      vs. )<br><br> )<br><br> **Alberto Gonzales**, et. al )<br><br>                        Defendants )<br>_____ ) | Case No.: 07-cv-01039 |

### RETURN OF SERVICE

I served the following documents:

        Summons
        Complaint and Attachments (exhibits 1 – 17)

By:            Certified Mail, restricted delivery – green card attached.

On:            Jeffrey Taylor, United States Attorney

Date of Service:  June 18, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true
and correct.

                                    _____
                                    Mark A. Mancini, Esq.

                                    _____
                                    Date    7/11/07

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

SUMMONS IN A CIVIL CASE

V.

Alberto Gonzales, et al.

Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (sixty) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 12 2007

CLERK                                        DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7006 2760 0005 6662 8016

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Taylor, United States Attorney
United States Attorney's Office for the
District of Columbia
555 4th Street NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JUN 1 8 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)      7006 2760 0005 6662 8016

PS Form 3811, February 2004      Domestic Return Receipt

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Da Dong Lin**

|                          |   |                        |
|--------------------------|---|------------------------|
|        Plaintiff,        | ) |                        |
|                          | ) |                        |
|   vs.                    | ) |                        |
|                          | ) |                        |
|                          | ) |                        |
| **Alberto Gonzales**, et. al | ) | Case No.: 07-cv-01039 |
|                          | ) |                        |
|                          | ) |                        |
|        Defendants        | ) |                        |
|                          | ) |                        |
|                          | ) |                        |
|                          | ) |                        |
|                          | ) |                        |

## RETURN OF SERVICE

I served the following documents:

Summons
Complaint and Attachments (exhibits 1 – 17)

By:         Certified Mail, restricted delivery – green card attached.

On:         Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services

Date of Service:  June 17, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Mark A. Mancini, Esq.

7/11/07
Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

CASE N‎|

Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services
Office of the Chief Counsel
U.S. Citizenship and Immigration Services
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60 (sixty)____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(BY) DEPUTY CLERK

JUN 12 2007

DATE

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7006 2760 0005 9992 8405

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez, Director of U.S.
Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachusetts Ave, NW, Rm 4025
Washington, DC 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
DHS                               6·17·03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Da Dong Lin**                                   ) | |
|                                                   ) | |
|                    Plaintiff,                     ) | |
|                                                   ) | |
|           vs.                                     ) | |
|                                                   ) Case No.: 07-cv-01039 | |
|                                                   ) | |
| **Alberto Gonzales**, et. al                      ) | |
|                                                   ) | |
|                                                   ) | |
|                          Defendants               ) | |
|                                                   ) | |
| _____)  | |

### RETURN OF SERVICE

I served the following documents:

> Summons
> Complaint and Attachments (exhibits 1 – 17)

By:          Certified Mail, restricted delivery – green card attached.

On:          Susan Dibbins, Washington District Director of U.S. Citizenship and Immigration
             Services

Date of Service:  June 14, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true
and correct.

                                        _____
                                        Mark A. Mancini, Esq.

                                        _____
                                        Date  7/11/07

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

CA    Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Susan Dibbins, Washington District Director, United States Citizenship and Immigration Services
Washington District Office
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60 (sixty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     JUN 12 2007

CLERK                                        DATE

_(BY) DEPUTY CLERK_

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Susan Dibbons, Washington District
Director of U.S. Citizenship & Immigration
Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☑ Yes

2. Article Number
   (*Transfer from service label*)    7006 2760 0005 6662 8412

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7006 2760 0005 6662 8412

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Da Dong Lin** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 07-cv-01039 |
| **Alberto Gonzales**, et. al ) | |
| ) | |
| Defendants ) | |
| ) | |

## RETURN OF SERVICE

I served the following documents:

> Summons
> Complaint and Attachments (exhibits 1 – 17)

By:          Certified Mail, restricted delivery – green card attached.

On:          Alberto Gonzales, United States Attorney General

Date of Service:  June 18, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Mark A. Mancini, Esq.

7/11/07

Date

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Alberto Gonzales, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____60 (sixty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUN 12 2007

DATE

(By) DEPUTY CLERK

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions

7006 2760 0005 2999 8382

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales, United States
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

JUN 1 8 2007

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone:  (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Da Dong Lin** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 07-cv-01039 |
| ) | |
| **Alberto Gonzales**, et. al ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

### RETURN OF SERVICE

I served the following documents:

     Summons
     Complaint and Attachments (exhibits 1 – 17)

By:        Certified Mail, restricted delivery – green card attached.

On:        Michael Chertoff, Department of Homeland Security

Date of Service:  June 22, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

                    Mark A. Mancini, Esq.

              Date 7/11/07

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____ 60 (sixty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 1 2 2007

CLERK                                      DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions

7006 2760 0005 2665 8399

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary of the
Department of Homeland Security
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                              ☑ Addressee
B. Received by ( Printed Name)    C. Date of Delivery
                                  JUN 2 2 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)

Domestic Return Receipt        102595-02-M-1540

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
Email: WMCLAWFIRM@aol.com
Phone: (202) 783-8905
Fax: (202) 333-1688
DC Bar# 194126

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Da Dong Lin** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 07-cv-01039 |
| | ) |
| **Alberto Gonzales**, et. al | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

## RETURN OF SERVICE

I served the following documents:

    Summons
    Complaint and Attachments (exhibits 1 – 17)

By:        Certified Mail, restricted delivery – Confirmation of Delivery by USPS website attached.

On:        Robert S. Mueller, III, Director, Federal Bureau of Investigations

Date of Service:  June 18, 2007

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

_____
Mark A. Mancini, Esq.

_____
Date    7/11/07

Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar# 194126
Attorney for Plaintiff
Jianping Sun

.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Da Dong Lin

**SUMMONS IN A CIVIL CASE**

V.

Alberto Gonzales, et al.

Case: 1:07-cv-01039
Assigned To : Bates, John D.
Assign. Date : 6/12/2007
Description: General Civil

TO: (Name and address of Defendant)

Robert S. Mueller III, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W. Rm 7427
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60 (sixty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__NANCY MAYER-WHITTINGTON__          **JUN 12 2007**
CLERK                                 DATE

_(By) DEPUTY CLERK_



**UNITED STATES**
**POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 6662 8429**
Detailed Results:

- **Delivered, June 18, 2007, 3:11 am, WASHINGTON, DC 20535**
- **Notice Left, June 17, 2007, 6:40 am, WASHINGTON, DC 20535**
- **Arrival at Unit, June 17, 2007, 3:10 am, WASHINGTON, DC 20022**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



**POSTAL INSPECTORS**    site map  contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy