## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DA DONG LIN,                            )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    Case Number:  1:07CV1039 (JDB)
                                        )
ALBERTO R. GONZALES, United States      )
 Attorney General, et al.,              )
                                        )
            Defendants.                 )
                                        )
_____ )

### NOTICE OF APPEARANCE

        The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Dated: August 17, 2007

                              Respectfully submitted,



                              _____/s/ Robin M. Meriweather_____
                              ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C.  20530
                              Phone: (202) 514-7198
                              Fax: (202) 514-8780
                              Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2007, I caused the foregoing Notice of

Appearance to be filed and served via the Court's Electronic Case Filing system or, should I

receive notice from the ECF system that electronic service was unsuccessful, to be served upon

plaintiff by first-class mail, postage prepaid, addressed as follows:


Mark A. Mancini
Wasserman, Mancini, & Chang P.C.
1915 I Street NW Suite 400
Washington DC 20006


                    /s Robin M. Meriweather
                    ROBIN M. MERIWEATHER, D.C. Bar # 490114