**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DA DONG LIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV1039 (JDB) |
| | ) |
| ALBERTO R. GONZALES, United States | ) |
| Attorney General, <u>et</u> <u>al.</u>, | ) |
| | ) |
| Defendants. | ) |

## **MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Alberto Gonzales <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 23-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due September 12, 2007. Defendants' answer currently is due August 20, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion. However, counsel for Plaintiff had not responded as of the time Defendants filed this motion.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen and native of the People's Republic of China. Plaintiff filed a mandamus complaint June 12, 2007, asking the Court to adjudicate Plaintiff's I-485 petition or, alternatively, remand the case to CIS for immediate adjudication of the I-485 application.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an

answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 23 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: August 17, 2007

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney

                    /s/
                    RUDOLPH CONTRERAS, D.C. BAR #434122
                    Assistant United States Attorney

                    /s/ Robin M. Meriweather
                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                    Assistant United States Attorney
                    555 Fourth St., N.W.
                    Washington, D.C.  20530
                    Phone: (202) 514-7198
                    Fax: (202) 514-8780
                    Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Mark A. Mancini
Wasserman, Mancini, & Chang P.C.
1915 I Street NW Suite 400
Washington DC 20006

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DA DONG LIN,                                )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )   Case Number:  1:07CV1039 (JDB)
                                            )
ALBERTO R. GONZALES, United States          )
 Attorney General, et al.,                  )
                                            )
          Defendants.                       )
                                            )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by September 12, 2007.

SO ORDERED.

_____
United States District Judge