## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| DA DONG LIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  1:07CV1039 (JDB) |
| | ) |
| ALBERTO R. GONZALES, United States | ) |
| Attorney General, <u>et al</u>., | ) |
| | ) |
| Defendants. | ) |
| | ) |

_____ )

### <u>MOTION FOR EXTENSION OF TIME TO FILE ANSWER</u>

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Alberto Gonzales <u>et al</u>., through undersigned counsel, hereby request that the Court grant Defendants a 2-day enlargement of time to answer or otherwise respond to Plaintiff's Complaint, making Defendants' answer or other response due September 14, 2007.  Defendants' answer currently is due September 12, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's position on this motion.  However, counsel for Plaintiff had not responded as of the time Defendants filed this motion.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen and native of the People's Republic of China.  Plaintiff filed a mandamus complaint June 12, 2007, asking the Court to adjudicate Plaintiff's I-485 petition or, alternatively, remand the case to CIS for immediate adjudication of the I-485 application.

Defendants have made a good-faith effort to prepare their response to Plaintiff's

Complaint in advance of the current deadline. However, agency counsel was unable to complete her review of the draft response on September 11, 2007, and will be out of the office for the majority of the day September 12, 2007. Accordingly, Defendants request a 2-day enlargement of time so that the agency can complete its review of the response.

Defendants have requested one prior enlargement of this deadline, which was granted. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 2 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: September 12, 2007

Respectfully submitted,


   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of September, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Mark A. Mancini
Wasserman, Mancini, & Chang P.C.
1915 I Street NW Suite 400
Washington DC 20006

                                                  /s Robin M. Meriweather
                                           ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
DA DONG LIN,                                   )
                                                    )
                        Plaintiff,                 )
                                                    )
            v.                                       )        Case Number:  1:07CV1039 (JDB)
                                                    )
ALBERTO R. GONZALES, United States    )
 Attorney General, et al.,                     )
                                                    )
                        Defendants.             )
                                                    )
_____)


**ORDER**

        Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

        ORDERED that Defendants' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

        It is further ORDERED that Defendants must submit an Answer or otherwise respond to

Plaintiff's Complaint by September 14, 2007.

        SO ORDERED.


                                                    _____
                                                    United States District Judge