IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Da Dong Lin ) | |
| ) | |
| Plaintiff ) | Case Number: 1:07CV1039 (JDB) |
| ) | |
| v. ) | |
| ) | |
| Alberto Gonzales, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Plaintiff's counsel, Mark A. Mancini, respectfully requests that his representation as Plaintiff's counsel be withdraw from the above captioned case. Based upon conversations between the undersigned counsel and the Plaintiff, the undersigned counsel can no longer represent the Plaintiff without a violation of Rule 1.16(b) of the Rules of Professional Conduct. The Plaintiff understands that the undersigned counsel can no longer effectively represent him in this case and understands that the undersigned counsel is filing the instant motion to withdraw as counsel. The Plaintiff has been advised both verbally and in writing to seek new counsel in order to timely respond to the government's Motion to Dismiss.

Dated: September 17, 2007

Respectfully submitted,

/s/ Mark A. Mancini
Mark A. Mancini, Esq.
Wasserman, Mancini, & Chang, P.C.
1915 I Street NW Suite 400
Washington, D.C. 20006
(202) 783-8905 (Tel.)
(202) 333-1688 (Fax)
WMCLAWFIRM@aol.com (email)
DC Bar Number# 194126
Attorney for Plaintiff
Da Dong Lin

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of September 2007, a copy of the foregoing was filed and sent electronically to the following:

Robin Meriweather
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530

                                                          _____
                                                          Mark A. Mancini, Esq.
                                                          Attorney for Plaintiff Da Dong Lin

## WASSERMAN, MANCINI & CHANG, P.C.

ATTORNEYS AT LAW

1915 I STREET, N.W., SUITE 400

WASHINGTON, D.C. 20006

(202) 783-8905

FAX (202) 333-1688

E-mail: wmclawfirm@aol.com

Jack Wasserman (1913-1980)
Mark A. Mancini
Sam H. Chang
Richard W. Chang

\* Pamela R.E. Genise (VA)
\* Jessica L. Rodriguez (DC, CA)
\* Annie J. Shih (MD)

\* Practice limited to matters and proceedings before federal courts and agencies

September 17, 2007

**Via Fed Ex Next Day Air**
Mr. Da Dong Lin
7154 Six Pond Lane
Mechanicsville, VA 23116

Dear Mr. Lin:

Based on our telephone conversation with you on September 17, 2007, our law firm is withdrawing our representation in your Petition for Mandamus that was filed on United States District Court for the District of Columbia (Case Number 1:07CV1039 (JDB)). Moreover, our law firm has withdrawn our representation of your I-485 Application to Adjust Status before the United States Citizenship and Immigration Service (Receipt Number EAC-05-038-55559). Please find enclosed a copy of the United States Government's Motion to Dismiss. If you wish to file an Opposition to the Motion to Dismiss, it must be filed no later than Tuesday, September 25, 2007. If you do not file an Opposition to the Motion to Dismiss, your case will be dismissed. We strongly urge you to retain an attorney as soon as possible to help you with this case.

Sincerely,

Sam H. Chang

Mark A. Mancini, Esq.