## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DA DONG LIN,

　　　Plaintiff,

　　　v.

ALBERTO GONZALES, et al.,

　　　Defendants.

Civil Action No.  07-1039 (JDB)

## ORDER

Upon consideration of the motion by plaintiff's counsel, Mark A. Mancini, to withdraw from continued representation of the plaintiff in the above captioned case, it is this 18th day of September, 2007, hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiff shall inform the Court by not later than October 8, 2007 as to whether he has retained new counsel; and it is further

**ORDERED** that plaintiff's deadline to respond to defendants' motion to dismiss shall be extended to not later than twenty days following the appearance of new counsel for the plaintiff.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Date:  September 18, 2007

-1-