UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DA DONG LIN,

Plaintiff,

v.

ALBERTO GONZALES, et al.,

Defendants.

FILED
OCT 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 07-1039 (JDB)

## ORDER

Plaintiff Da Dong Lin filed this Petition for Mandamus seeking to compel defendants Alberto Gonzales, Michael Chertoff, Emilio T. Gonzalez, Susan Dibbins, and Robert S. Mueller to act on his pending I-485 Application to Register Permanent Resident or Adjust Status. Defendants filed a motion to dismiss for lack of jurisdiction on September 14, 2007. Plaintiff is representing himself, pro se. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Therefore, the Court hereby advises plaintiff that he must respond to defendants' previously filed motion by not later than November 9, 2007. If plaintiff does not respond, the

court will treat the motion as conceded and dismiss the petition.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated:   October 10, 2007