UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DA DONG LIN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, United States Attorney General, et al., <br><br> Defendants. | Case Number: 1:07CV1039 (JDB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

X _____
Da Dong Lin
*Pro Se* Plaintiff
5221 Fort Hamilton Parkway
Apartment 2B
Brooklyn, NY 11219

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

Dated: October 31, 2007

*Counsel for Defendants*